as a prior and persistent offender pursuant to Sections 557.036 and 558.016 RSMo (2000). In his first point on appeal, defendant contends that the trial court erred in overruling his motions to suppress evidence because said evidence was the fruit of an illegal arrest. In his second point on appeal, defendant argues that the trial court abused its discretion in failing to "quash the venire panel and declare a mistrial" or "specifically admonish" the panel following a venireperson's statement in front of the panel that she "recognized" defendant from a federal holdover facility.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential value. We affirm the judgment pursuant to Rule 30.25(b).

Before RICHARD B. TEITELMAN, P.J., GARY M. GAERTNER, J., and CLIFFORD H. AHRENS, J.

## ORDER

PER CURIAM.

Cynthia Cowell (mother) appeals the judgment of the trial court terminating her parental rights to S.R.C. and C.R.M. under section 211.447 RSMo (1998).

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

**In the Interest of S.R.C. and C.R.M., Appellant.**

**No. ED 78522.**

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 27, 2001.

H. William Brown, Kirkwood, MO, for appellant.

Shawn R. McCarver, Farmington, MO, for respondent.

**In the Interest of A.R.F., Appellant.**

**No. ED 79493.**

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 27, 2001.

Michael Wade Clark, Washington, MO, Matthew A. Schroeder, Union, MO, for appellant.

Teresa Rieger Housholder, Jefferson City, MO, for respondent.